Thomas Pavlik *et al.,* Plaintiffs-Appellants, *v.* Bonifield Brothers Truck Lines, Inc., *et al.,* Defendants-Appellees.

(No. 55464; )

First District (1st Division)—April 23, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

Joseph E. Fitzgerald, of Chicago, (Dom J. Rizzi, of counsel,) for appellants.

Howard & French, of Chicago, (Richard G. French, of counsel,) for appellees.